UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 09-43011 |
|---|---|
| CHERI DYE | |
| SHAWN DYE | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/13/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/15/2009.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 2.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor:　　　$0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 10,945.29 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 10,945.09 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HEALTH SYSTEM | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST LAGRANGE MEM HOSPI | Unsecured | 871.00 | NA | NA | 0.00 | 0.00 |
| AEGES REC MANAGEMENT | Unsecured | 2,391.94 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 1,318.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECOVERY SYSTEMS | Unsecured | 3,113.54 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECOVERY SYSTEMS | Unsecured | 1,094.49 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 1,154.52 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 4,671.13 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 1,105.34 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 1,789.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 5,021.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 4,671.13 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK ANESTHESIA | Unsecured | 2,972.25 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK WOMENS CLINIC | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 49.11 | NA | NA | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 373.80 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTH CARE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 8,257.17 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 6,204.56 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE ADVANTAGE | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| HARRIS & HARRIS LTD | Unsecured | 986.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 1,549.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 1,549.23 | NA | NA | 0.00 | 0.00 |
| INSURERS ADMINISTRATIVE CORP | Unsecured | 853.78 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,194.02 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,995.79 | NA | NA | 0.00 | 0.00 |
| LA GRANGE HOSPITAL CARDIOLOGY | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| LAGRANGE WOMENS CLINIC | Unsecured | 44.57 | NA | NA | 0.00 | 0.00 |
| LEASE FINANCE GROUP | Unsecured | 3,274.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 801.49 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 2,061.53 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 2,095.37 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| NARS ASSOCIATES | Unsecured | 970.31 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 2,647.36 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 2,391.94 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,145.27 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 993.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SVCG | Secured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SVCG | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRIMARY FINANCIAL SERVICE | Unsecured | 1,094.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEM | Unsecured | 2,387.00 | NA | NA | 0.00 | 0.00 |
| REDLINE RECOVERY SRVS | Unsecured | 3,034.93 | NA | NA | 0.00 | 0.00 |
| REDLINE RECOVERY SRVS | Unsecured | 1,318.27 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 153.44 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 153.46 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 212.80 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ROYAL MERCANTILE TRUST CORP | Unsecured | 11,488.78 | NA | NA | 0.00 | 0.00 |
| ROYAL MERCANTILE TRUST CORP | Unsecured | 11,488.78 | NA | NA | 0.00 | 0.00 |
| SOMA DIAGNOSTICS | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/30/2009       By: /s/ Glenn Stearns
                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**